

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JLG/PGS/MEF
F. #2020R00559

*610 Federal Plaza*
*Central Islip, New York 11722*

September 7, 2022

By ECF

The Honorable Joan M. Azrack
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

The Honorable Joseph F. Bianco
United States Circuit Judge
United States Court of Appeals for the Second Circuit
100 Federal Plaza
Central Islip, New York 11722

> Re:   United States v. Jose Moises Blanco, et al.,
>       Criminal Docket No. 20-251 (S-1)(JMA)
>
>       United States v. Kevin Cuevas Del Cid,
>       Criminal Docket No. 20-185 (JFB)

Dear Judges Azrack and Bianco:

We write on behalf of the Government in the two above-captioned matters, to respectfully apprise the Court that, yesterday, a grand jury sitting in this district returned a 29-count Superseding Indictment in the *Blanco* matter, captioned above, which is attached hereto, and which charges eight defendants – Jose Moises Blanco, Oseas Gonzalez, Jose Jonathan Guevara-Castro, Victor Lopez-Morales, Ever Morales-Lopez, David Sosa-Guevara, Kevin Torres, and Kevin Cuevas Del Cid – with multiple racketeering offenses, including predicate racketeering acts involving murder, attempted murder, conspiracy to commit murder, and related narcotics and firearms offenses, in connection with their membership in the violent transnational criminal organization La Mara Salvatrucha (the "MS-13").

The Superseding Indictment adds new charges against two previously-charged defendants – namely, Torres and Gonzalez – related to the September 5, 2016 murder of 27-

year old Marcus Bohannon in Central Islip, described further below.  Racketeering charges and related offenses were also added against Gonzalez and Lopez-Morales, in connection with the October 14, 2016 murder of Carlos Ventura-Zelaya; and against Sosa-Guevara, in connection with a May 23, 2020 assault against a rival gang member, which occurred while he was in custody at the Nassau County Correctional Center, in East Meadow, New York.  Finally, the Superseding Indictment charges Del Cid in connection with his participation in the May 21, 2016 murder of Kerin Pineda, and the October 10, 2016 murder of Javier Castillo.

### A.  The Bohannon Murder

Torres and Gonzalez have been charged in connection with their participation in the murder of Bohannon, who was shot and killed shortly after midnight on September 5, 2016.  Prior to the murder, on the evening of September 4, 2016, members of the Sailors Locos Salvatruchas Westside ("Sailors") clique and Hollywood Locos Salvatruchas ("Hollywood") clique of the MS-13 met at a house in Central Islip.  Torres, who was the leader of the Sailors clique for all of New York, told the other gang members who were gathered at the house, including Gonzalez, a member of the Hollywood clique, that they would be going out that night hunting for rival gang members to kill.  The MS-13 members separated into several cars and drove around Central Islip and Brentwood looking for people they could target as rivals.  While Gonzalez and his fellow MS-13 members were driving through Central Islip, they observed Bohannon walking along Lowell Avenue.  Suspecting that the victim was a member of the rival Bloods gang, Gonzalez and another MS-13 member, both armed with handguns, got out of the vehicle, approached the victim and started shooting.  After firing at the victim numerous times, Gonzalez handed his gun to the other MS-13 member – whose own firearm had jammed – and who, in turn, fired several more rounds into the victim.  Bohannon died from his gunshot wounds.

### B.  The Ventura-Zelaya Murder

The Superseding Indictment adds charges against Gonzalez and Lopez-Morales in connection with the October 14, 2016 murder of 24-year old Carlos Ventura-Zelaya, in Roosevelt.  Ventura-Zelaya had been marked for death by the MS-13 because of his suspected membership in the rival 18th Street gang.  On the day of the murder, Gonzalez observed the victim at a deli in Roosevelt, and promptly alerted other members of the Hollywood clique.  Gonzalez then picked up several fellow gang members, including Carlos Alfaro, also known as "Russo" ("Alfaro"), to assist in the murder.  The group next drove to the home of Lopez-Morales, who gave them a handgun.  After obtaining the weapon, Gonzalez drove the group back in the direction of the deli to look for and kill the victim.  Once they spotted Ventura-Zelaya walking on Hudson Street in Roosevelt, Alfaro, who was armed with the gun, and another MS-13 member got out of the car and approached him.  Alfaro fired multiple times, striking and killing the victim.

C. <u>The Pineda and Castillo Murders</u>

Del Cid is charged in this Superseding Indictment with the May 21, 2016 murder of Kerin Pineda, and the October 10, 2016 murder of Javier Castillo, as well as with conspiring to distribute cocaine and marijuana. Del Cid, who was 16-years' old at the time of these murders, was initially charged as a juvenile in a sealed proceeding, captioned above, before being transferred to adult status by order of the Court, following a juvenile transfer hearing.

Members of the Sailors and Hollywood cliques murdered Pineda after suspecting him to be a member of the 18th Street gang. On the day of the murder, Del Cid, who was a member of the Sailors clique and seeking promotion in the gang, helped to lure Pineda to a secluded wooded area near the Merrick-Freeport border where he and other MS-13 members were lying in wait armed with machetes. When the victim arrived, Del Cid, and other MS-13 members, including Morales-Lopez, Guevara-Castro, and Gonzalez surrounded and attacked Pineda, stabbing, slashing and hacking him to death with machetes. While this was taking place, Torres and Sosa-Guevara, the leaders of the Sailors and Hollywood cliques, respectively, were driving around the area in two separate cars looking out for any police presence. Lopez-Morales was in the car with Sosa-Guevara. After Pineda was killed the MS-13 members buried him in a hole that had been dug the day before. Pineda's remains were recovered more than a year later.

Castillo was also killed based on his suspected membership in the 18th Street gang. Del Cid, Torres, and more than a half dozen other members of the Sailors clique participated in the Castillo murder. On the night of October 10, 2016, the MS-13 members lured Castillo to Cow Meadow Park in Freeport. They brought him to an isolated marsh area along the water, where he was viciously attacked with machetes. After killing Castillo, the MS-13 members dug a hole and buried the body, which was not recovered until one year later. Many of the participants in the Castillo murder were previously charged in a separate, pending matter, captioned <u>United States v. Jhonny Contreras, et al.</u>, 16 Cr. 403 (S-7)(GRB).

D. <u>Additional Charged Crimes</u>

Finally, the Superseding Indictment charges Sosa-Guevara with assaulting a rival gang member while incarcerated. On May 23, 2020, Sosa-Guevara and several other MS-13 members got into an altercation with an inmate who was a member of the Bloods street gang. Sosa-Guevara and the other MS-13 members armed themselves with sharpened metal objects and attacked the victim, brutally beating and stabbing him repeatedly until corrections officers intervened. The victim sustained multiple lacerations and stab wounds, though later recovered from his injuries.

\*                \*                \*                \*                \*

The next status conference in the *Blanco* matter is presently set for November 8, 2022, before Judge Azrack. The Government respectfully requests that the charged defendants be arraigned on the charges contained in the Superseding Indictment on that date.

Presently, defendant Del Cid is scheduled for a status conference tomorrow, September 8, 2022, in connection with his underlying case.

Respectfully submitted,

BREON PEACE
United States Attorney

By:     /s/  Justina L. Geraci
Paul G. Scotti
Justina L. Geraci
Megan E. Farrell
Assistant U.S. Attorneys
(631) 715-7836/7835/7862

cc:     All Counsel of Record (via ECF)