**QUIJANO, ENNIS & SIDERIS**
*Attorneys at Law*
*52 Duane Street*
*7th Floor*
*New York, N.Y. 10007*

**BY ECF**

June 6, 2023

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, N.Y. 11722

      Re: <u>U.S. v. Alfaro, et alia,</u>
          Incl. Ever Moralez-Lopez
          20 Cr. 251

Dear Judge Azrack:

      With the consent of the Government, I respectfully write on behalf of all counsel in the above-referenced multi-defendant matter. We seek an extension of time until September 14, 2023 in which to submit our completed Mitigation submissions on behalf of our client, Ever Moralez-Lopez. It is our understanding that his co-defendants are similarly situated, and require such a continuance as well.

      On behalf of our clients, we require additional time in which to complete our work with various experts, and to conduct relevant interviews of potential witnesses within both the United States and foreign countries. To date, these tasks have been delayed by the lingering effects of the worldwide pandemic, and the accompanying prison lockdowns which have substantially interfered with our ability to conduct work on behalf of our clients.

We believe that this additional time will provide us with the best possible opportunity to convince the Capital Committee not to seek the death penalty in this most serious case.

We thank Your Honor for your consideration of this matter.

Respectfully submitted,

*Anna N. Sideris*
Anna N. Sideris
Peter E. Quijano
Attorneys for Ever Moralez-Lopez